**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lawrence James Clardy,

Plaintiff,

vs.

City of St. Paul, a municipal corporation, Richard A. Defoe Enterprises, Inc., a Minnesota corporation, d/b/a Club Cancun, Capital Investigations and Security Services, Inc., a Minnesota corporation, a/k/a Capital Enforcement, Jerry Sampson, Joseph Anaya, Jr., Anthony Gardner, Jonas Groberg, Jason Brubaker and John Does Nos. 1 through 10,

Defendants.

Court File No.01-CV-1275 RHK/JMM

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendant Joseph Anaya shall answer, move or otherwise respond to the Complaint be extended to August 24, 2001.

Dated: August 14, 2001

Barbara A. Zurek (MN #: 213974)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendants Capital Investigations and Security Services, Inc., Joseph Anaya and Anthony Gardner***

AUG 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 14, 2001

Fred L. Neff (MN #77355)
Neff Law Firm
7760 France Avenue South, Suite #720
Bloomington, MN 55435

-and-

John M. Degnan, Esq. (MN #21817)
Bassford, Lockhart, Truesdell & Briggs, P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

***Attorneys for Plaintiff***

**ORDER**

**IT IS HEREBY ORDERED:**

Exercising its authority under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court extends the time within which the Defendant Joseph Anaya shall answer or otherwise respond to the Plaintiff's Complaint to August 24, 2001.

Dated: 8/14/01

**Hon. John M. Mason**
United States Magistrate Judge

/904763.1

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500