**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lawrence James Clardy,

Plaintiff,

vs.

City of St. Paul, a municipal corporation, Richard A. Defoe Enterprises, Inc., a Minnesota corporation, d/b/a Club Cancun, Capital Investigations and Security Services, Inc., a Minnesota corporation, a/k/a Capital Enforcement, Jerry Sampson, Joseph Anaya, Jr., Anthony Gardner, Jonas Groberg, Jason Brubaker and John Does Nos. 1 through 10,

Defendants.

Court File No.01-CV-1275 RHK/JMM

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendant Anthony Gardner shall answer, move or otherwise respond to the Complaint be extended to August 24, 2001.

Dated: August 14, 2001

Barbara A. Zurek (MN #: 213974)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendants Capital Investigations and Security Services, Inc., Joseph Anaya and Anthony Gardner***

FILED AUG 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: August 14, 2001

Fred L. Neff (MN #77355)
Neff Law Firm
7760 France Avenue South, Suite #720
Bloomington, MN 55435

-and-

John M. Degnan, Esq. (MN #21817)
Bassford, Lockhart, Truesdell & Briggs, P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

***Attorneys for Plaintiff***

**ORDER**

**IT IS HEREBY ORDERED:**

Exercising its authority under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court extends the time within which the Defendant Anthony Gardner shall answer or otherwise respond to the Plaintiff's Complaint to August 24, 2001.

Dated: 8/14/01

**Hon. John M. Mason**
United States Magistrate Judge

/904781.1