ORIGINAL

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Lawrence James Clardy,

Plaintiff,

vs.

City of St. Paul, a municipal corporation, Richard A. Defoe Enterprises, Inc., a Minnesota corporation, d/b/a Club Cancun, Capital Investigations and Security Services, Inc., a Minnesota corporation, a/k/a Capital Enforcement, Jerry Sampson, Joseph Anaya, Jr., Anthony Gardner, Jonas Groberg, Jason Brubaker and John Does Nos. 1 though 10,

Defendants.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Court File No. 01-CV-1275 MJD/JGL

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendant Richard A. Defoe Enterprises, Inc., a Minnesota corporation d/b/a Club Cancun shall answer, move or otherwise respond to the Complaint be extended to Thursday, October 18, 2001.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Brian A. Wood (141690)
Sridevi S. Anwar (292965)
Attorneys for Defendant Richard A. Defoe Enterprises, Inc., a Minnesota corporation d/b/a Club Cancun
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7970 (BAW)
(612) 340-7951 (SSA)

Dated: 10|18 2001

OCT 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

Dated: 10/12/, 2001

By ______________________
John M. Degnan (#20817)
Frederick E. Finch (#29191)
Trassel A. Okelo (#301085)
Attorneys for Plaintiff
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

NEFF LAW FIRM

Dated: 10/15, 2001

By ______________________
Fred L. Neff (#77355)
Theresa A. Freeman (#150848)
Attorneys for Plaintiff
7760 France Avenue South, #720
Bloomington, MN 55435
(952) 831-6555

## ORDER

**IT HIS HEREBY ORDERED:**

Exercising its authority under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court extends the time within which to Defendant Richard A. Defoe Enterprises, Inc., a Minnesota corporation d/b/a Club Cancun shall answer or otherwise respond to the Plaintiff's Complaint to Thursday, October 18, 2001.

Dated: Oct 29, 2001

______________________
Hon. Michael J. Davis
United States District Court