THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Lawrence James Clardy,

Plaintiff,

vs.

City of St. Paul, a municipal corporation, Richard A. Defoe Enterprises, Inc., a Minnesota corporation, d/b/a Club Cancun, Capital Investigations and Security Services, Inc., a Minnesota corporation, a/k/a Capital Enforcement, Jerry Sampson, Joseph Anaya, Jr., Anthony Gardner, Jonas Groberg, Jason Brubaker and John Does Nos. 1 though 10,

Defendants.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Court File No. 01-CV-1275 MJD/JGL

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendant Richard A. Defoe Enterprises, Inc., a Minnesota corporation d/b/a Club Cancun shall answer, move or otherwise respond to the Complaint be extended to Thursday, October 18, 2001.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Sridevi S. Anwar

Brian A. Wood (141690)
Sridevi S. Anwar (292965)
Attorneys for Defendant Richard A. Defoe Enterprises, Inc., a Minnesota corporation d/b/a Club Cancun
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7970 (BAW)
(612) 340-7951 (SSA)

Dated: 10/26 2001

FILED NOV 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

By ______________________
John M. Degnan (#21817)
Frederick E. Finch (#29191)
Trassel A. Okelo (#301085)
Attorneys for Plaintiff
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

Dated: 10/12, 2001

NEFF LAW FIRM

By ______________________
Fred L. Neff (#77355)
Theresa A. Freeman (#150848)
Attorneys for Plaintiff
7760 France Avenue South, #720
Bloomington, MN 55435
(952) 831-6555

Dated: 10/23, 2001

**ORDER**

**IT HIS HEREBY ORDERED:**

Exercising its authority under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court extends the time within which to Defendant Richard A. Defoe Enterprises, Inc., a Minnesota corporation d/b/a Club Cancun shall answer or otherwise respond to the Plaintiff's Complaint to Thursday, October 18, 2001.

Dated:______, 2001

______________________
Hon. Michael J. Davis
United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500