**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**LAWRENCE JAMES CLARDY,**

Plaintiff,

v.

**CITY OF ST. PAUL, a municipal corporation,**

Defendant,

Civil No. 01-1275 (MJD/JGL)

**ORDER**

APPEARANCES

Theresa Freeman, Esq., for Plaintiff

Gail Langfield, Esq., Assistant City Attorney, for Defendant

Katie Koelfgen, pro se

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on January 29, 2002, on Defendant's Motion for an Order to Show Cause and for a Continuance of the Settlement Conference (Doc. No. 21). This case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

JAN 2 _ 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Defendant has served two subpoenas on non-party Katie Koelfgen, who failed to appear for both depositions. The parties agree that the deposition of Koelfgen, a material witness, must occur before they can meaningfully participate in settlement discussions. Thus, Defendant moves to postpone the settlement conference scheduled on February 14, 2002 so that the parties may first depose Koelfgen. This aspect of Defendant's motion is granted. The settlement conference in this case and in Cornelious v. Brubaker is rescheduled to Thursday, April 25, 2002 at 1:45 p.m. The Court will send a re-notice of settlement conference to the parties.

Defendant also moves the Court to order Koelfgen to appear and show cause why she should not be found in contempt of court for her failure to appear at the two scheduled depositions. Given that Koelfgen did appear at the motion hearing and stated under oath that her absence was due to medical reasons, this part of Defendant's motion is denied as moot. However, Koelfgen is ordered to appear at the next scheduled deposition. If Koelfgen fails to appear for a third time, the Court will look with favor on a motion by Defendant for contempt, sanctions, and costs.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion for an Order to Show Cause and

for a Continuance of the Settlement Conference (Doc. No. 21) is **GRANTED** as to a continuance and **DENIED AS MOOT** as to the request for an order to show cause. The settlement conference is rescheduled to Thursday, April 25, 2002, at 1:45 p.m.

Dated: January 29, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge