**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lawrence James Clardy,

Plaintiff,

vs.

City of St. Paul, a municipal corporation, Richard A. Defoe Enterprises, Inc., a Minnesota corporation, d/b/a Club Cancun, Capital Investigations and Security Services, Inc., a Minnesota corporation, a/k/a Capital Enforcement, Jerry Sampson, Joseph Anaya, Jr., Anthony Gardner, Jonas Groberg, Jason Brubaker and John Does Nos. 1 through 10,

Defendants.

Court File No. 01-CV-1275 (MJD/JGL)

**STIPULATION AND ORDER FOR DISPOSITIVE MOTION BRIEFING SCHEDULE AND EXTENDING THE DISPOSITIVE MOTION DEADLINE**

---

Pursuant to the agreement of the parties, IT IS HEREBY STIPULATED AND AGREED that the following briefing schedule will apply to this lawsuit:

1. Defendants' dispositive motions shall be served on Plaintiff's counsel pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Minnesota (Local Rule 7.1), no later than August 30, 2002;

2. Plaintiff shall serve any responsive memoranda of law, and supporting documents, pursuant to Local Rule 7.1, no later than September 27, 2002;

3. Defendants' shall serve any reply memoranda of law, pursuant to Local Rule 7.1, no later than October 4, 2002.

Pursuant to the agreement of the parties, IT IS HEREBY STIPULATED AND AGREED that the scheduling order in this case should be modified to extend the time for filing of

FILED 8-20-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

dispositive motions with the Court to October 7, 2002.

The parties agree that a hearing will be scheduled with the Court following filing of all dispositive motions, and pursuant to Local Rule 7.1.

Respectfully submitted,

Dated: 14 Aug 2002

John M. Degnan, Esq. (#21817)
Fred E. Finch, Esq. (#29191)
Trassel A. Okelo (#301085)
**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

– AND –

Fred L. Neff (#77355)
**NEFF LAW FIRM**
7770 France Avenue South
Bloomington, MN 55435
(952) 831-6555

***Attorneys for Plaintiff Lawrence Clardy***

Dated: ____________________

Gail L. Langfield (#184172)
Assistant City Attorney
**ST. PAUL CITY ATTORNEY'S OFFICE**
550 City Hall
15 West Kellogg Blvd.
St. Paul, MN 55102

***Attorneys for City of St. Paul, Jason Brubaker, and Jonas Groberg***

Dated: 8-6-02

Brian Wood (# 141690)
Kevin Rotland (# _____)
**LIND, JENSEN, SULLIVAN & PETERSON, P.A.**
150 South Fifth Street, Suite 1700
Minneapolis, MN 55402
(612) 333-3637

***Attorney for Richard A. Defoe Enterprises, Inc., d/b/a Club Cancun and Jerry Sampson***

Dated: 8/16/02

Barbara A. Zurek (#213974)
Bradley J. Lindeman (#0298116)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendants Capital Investigations, Joseph Anaya and Anthony Gardner***

# ORDER

**IT IS HEREBY ORDERED** that the parties' foregoing Stipulation filed herewith is hereby adopted as this court's order in the above-captioned cause. Pursuant to the briefing schedule outlined above, the time for filing dispositive motions in this case is extended from October 1, 2002, to October 7, 2002.

Dated: Aug. 20, 2002

Honorable Jonathan G. Lebedoff
United States Magistrate Judge

/980952.1