**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lawrence James Clardy,

Plaintiff,

v.

**ORDER**
Civil No. 01-CV-1275

City of St. Paul, a municipal corporation,
Richard A. Defoe Enterprises, Inc.,
a Minnesota corporation, d/b/a Club Cancun,
Capital Investigations and Security Services, Inc.,
a Minnesota corporation, a/k/a Capital Enforcement,
Jerry Sampson, Joseph Anaya, Jr., Anthony Gardner,
Jonas Groberg, Jason Brubaker, and
John Does Nos. 1 through 10,

Defendants.

In clarification of its Order dated August 23, 2003 in the above entitled matter, the Court will exercise supplemental jurisdiction over the Plaintiff's state law claims.

Date: August 12, 2003

Michael J. Davis
Michael J. Davis
United States District Court

FILED AUG 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK