UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 01-1275 (MJD/JGL)

LAWRENCE CLARDY,

Plaintiff.

v.

**NOTICE OF HEARING**

CITY OF ST. PAUL,

Defendant.

---

Due to the scheduling of criminal trials, the date certain trial date of February 2, 2004, for the above captioned case is being rescheduled to a later date. A new date certain order will follow.

Dated: Jan 5, 04

Debra C Halfman
DEBRA C HALFMAN
Calendar Clerk to the
Honorable Judge Michael J. Davis

FILED JAN 05 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____