**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lawrence James Clardy,

Plaintiff,

vs.

City of St. Paul, a municipal corporation, Richard A. Defoe Enterprises, Inc., a Minnesota Corporation, d/b/a Club Cancun, Capital Investigations and Security Services, Inc., a Minnesota corporation, a/k/a Capital Enforcement, Jared Sampson, Joseph Anaya, Jr., Anthony Gardner, Jonas Groberg, Jason Brubaker and John Does Nos. 1 through 10,

Defendants.

Court File No: 01-CV-1275 (MJD/JGL)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

---

The above-entitled action having been partially, finally, and completely compromised between Plaintiff Lawrence James Clardy and Defendants Richard A. Defoe Enterprises, Inc., and Jared Sampson.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Lawrence James Clardy and Defendants Richard A. Defoe Enterprises, Inc., and Jared Sampson, through their respective counsel, that the same may be, and hereby is, partially dismissed with prejudice, in its entirety and on the merits and without costs and disbursements to any party to this stipulation, and that the parties to this stipulation may apply to the court pursuant to this stipulation for an order directing that a partial judgment of dismissal of all claims be entered accordingly.

JAN - 7 2004
DEPUTY CLERK - 7 2004

Clardy v. City of St. Paul, et al., Civil No.: 01-1275 (MJD/JGL)

Dated: October 14, 2003

NEFF LAW FIRM, P.A.

Theresa A. Freeman, ID # 0150848
Fred L. Neff, ID # 0077355
Attorneys for Plaintiff
720 Minnesota Center
7760 France Avenue South
Bloomington, MN 55435
(952) 831-6555

Dated: 12-19, 2003

LIND, JENSEN, SULLIVAN & PETERSON
A PROFESSIONAL ASSOCIATION

Brian A. Wood, ID # 0141690
Kevin J. Rodlund, ID # 0309254
Attorneys for Defendants Richard A. Defoe Enterprises, Inc., and Jared Sampson
150 South Fifth Street, Suite 1700
Minneapolis, MN 55402
(612) 333-3637

**ORDER FOR JUDGMENT**

Upon the foregoing Partial Stipulation of Dismissal, it is hereby ordered as follows:

1. Any and all claims in this matter are hereby partially dismissed as to the stipulating parties herein, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the stipulating parties as they pertain to Lawrence James Clardy.

2. There being no just reason for delay, let judgment be entered accordingly.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 1-6-04, ~~2003~~

BY THE COURT:

Michael J. Davis, Judge
United States District Court