# UNITED STATES DISTRICT COURT
## District of Minnesota

---

LAWRENCE JAMES CLARDY

Plaintiff,

v.

**ORDER**
Civil. File No. 01-CV-1275 (MJD/JGL)

CITY OF SAINT PAUL, et. al.,

Defendant.

---

Theresa A. Freeman, for, and on behalf of, the Plaintiff.

Portia Hampton-Flowers, for, and on behalf of, the Defendant.

---

This matter comes before the Court on defendant's, City of St. Paul ("City"), Motion *in Liminie* to exclude all expert reports and testimony not disclosed prior to the close of discovery. The Court herein denies that motion.

**IT IS HEREBY ORDERED**:

1. The Defendant's Motion to exclude expert testimony is **DENIED**.

2. Discovery is re-opened for a period of one hundred twenty (120) days for the limited purpose of discovering medical evidence relating to plaintiff's injuries.

3. The Defendant shall have the right to submit rebuttal medical evidence from experts.

JAN 0 9 2004
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

4. All parties may, as soon as possible, depose all newly discovered medical experts.

1-9-04
Date

Judge Michael J. Davis
United States District Court