# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Lawrence James Clardy,

Plaintiff,

v.

City of St. Paul, et al.,

Defendants.

**COURT MINUTES**
BEFORE: Jonathan G. Lebedoff
Chief U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-cv-1275 (MJD/JGL) |
| Date: | May 10, 2004 |
| Court Reporter: | None |
| Tape Number: | n/a |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:30 a.m. |
| Time in Court: | 0 Hours & 30 Minutes |

APPEARANCES:

For Plaintiff: Theresa Freeman, Esq.
For Defendant: Portia Hampton-Flowers, Esq.

Interpreter / Language: English

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motion hearing on Defendant's Motion to Compel and for Sanctions (Doc. No. 82).

Motion taken under advisement as of: May 10, 2004

X ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Adrienne Meyers
Signature of Judicial Law Clerk