# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LAWRENCE JAMES CLARDY, Plaintiff, v. CITY OF ST. PAUL, et al., Defendants. | ) | COURT MINUTES - CIVIL<br>BEFORE: Jonathan Lebedoff<br>Chief U.S. Magistrate Judge |

Case No: CIVIL NO. 01-1275 (MJD/JGL)
Date: 6/2/04
Court Reporter: NOT APPLICABLE
Time Commenced: 10:00 a.m.
Time Concluded: 10:15 a.m.
Time in Court: 0 Hours & 15 Minutes

APPEARANCES:

Plaintiff: Theresa Freeman
Defendant: Portia Hampton-Flowers

PROCEEDINGS: CONFERENCE CALL RE: 5/25/04 LTR TO COURT FROM THERESA FREEMAN RE: ADDT'L TIME FOR EXPERT REPORTS.

- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☒ Conference call.
  Denied request of plaintiff to furnish later medical reports. Final extension is June 15, 2004; no further extensions to provide reports.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to ___________________ at __________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☐ Written order forthcoming.

s/Jonathan Lebedoff
Chief U.S. Magistrate Judge