**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Lawrence James Clardy,<br><br>Plaintiff,<br><br>vs.<br><br>City of St. Paul, a municipal corporation, Richard A. Defoe Enterprises, Inc., a Minnesota corporation, d/b/a Club Cancun, Capital Investigations and Security Services, Inc., a Minnesota corporation, a/k/a Capital Enforcement, Jerry Sampson, Joseph Anaya, Jr., Anthony Gardner, Jonas Groberg, Jason Brubaker and John Does Nos. 1 through 10,<br><br>Defendants. | Court File No. 01-CV-1275 (MJD/JGL)<br><br>**PARTIAL STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that the above-entitled action against defendants Anthony Gardner, Joseph Anaya and Capital Investigations and Security Services, Inc., may be, and the same hereby is, dismissed with prejudice and on the merits, but without further costs to any of the parties hereto.

Dated: June 4, 2004

s/Theresa A. Freeman
Fred L. Neff (#77355)
Theresa A. Freeman (#150848)
Neff Law Firm
7760 France Avenue South
720 Minnesota Center
Bloomington, MN 55435

***Attorney for Plaintiff***

Dated: June 4, 2004

s/Barbara A. Zurek
Barbara A. Zurek # 213974
**MEAGHER & GEER, P.L.L.P.**
Suite 4200
33 South Sixth Street
Minneapolis, MN 55402
(612)338-0661

***Attorneys for Defendants Anthony Gardner, Joseph Anaya and Capital Investigations and Security Services, Inc.***

/1073647