# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LAWRENCE JAMES CLARDY, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Jonathan Lebedoff |
| Plaintiff, | ) | Chief U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CIVIL NO. 01-1275 (MJD/JGL) |
| | ) | Date: 6/16/04 |
| CITY OF ST. PAUL, et al., | ) | Court Reporter: NOT APPLICABLE |
| | ) | Time Commenced: 11:00 A.M. |
| Defendants. | ) | Time Concluded: 11:15 A.M. |
| | ) | Time in Court: 0 Hours & 15 Minutes |

APPEARANCES:

Plaintiff: Theresa Freeman
Defendant: Portia Hampton-Flowers

PROCEEDINGS: CONFERENCE CALL

- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☒ **Status conference. Resolved discovery dispute.**
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to ___________________ at __________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☐ Written order forthcoming.

s/Jonathan Lebedoff
Chief U.S. Magistrate Judge