**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Lawrence James Clardy,<br><br>Plaintiff,<br><br>vs.<br><br>City of St. Paul, a municipal corporation, Richard A. Defoe Enterprises, Inc., a Minnesota corporation, d/b/a Club Cancun, Capital Investigations and Security Services, Inc., a Minnesota corporation, a/k/a Capital Enforcement, Jerry Sampson, Joseph Anaya, Jr., Anthony Gardner, Jonas Groberg, Jason Brubaker and John Does Nos. 1 through 10,<br><br>Defendants. | Court File No. 01-CV-1275 (MJD/JGL)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That the above-entitled action against defendants Anthony Gardner, Joseph Anaya and Capital Investigations and Security Services, Inc. is hereby dismissed with prejudice and on the merits, without costs to any of the parties hereto.

Pursuant to Fed. R. Civ. P. 56(b) there is no just reason to delay entry of judgment.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

JUN 16 2004

Judge of District Court

/1137159

SCANNED
JUN 17 2004
U.S. DISTRICT COURT MPLS