# UNITED STATES DISTRICT COURT
## District of Minnesota

Lawrence James Clardy

V.

City of St. Paul, et al.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1275 MJD/JGL

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The above-entitled action against defendants Anthony Gardner, Joseph Anaya and Capital Investigations and Security Services, Inc. is hereby dismissed with prejudice and on the merits, without costs to any of the parties hereto.

June 17, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Jackie Mehl
(By) Jackie Mehl, Deputy Clerk