# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LAWRENCE JAMES CLARY, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-1275 (MJD/JGL) |
| | ) | Date: 11/5/04 |
| CITY OF ST. PAUL, et al., | ) | Court Reporter: N/A |
| | ) | Time Commenced: 9:00 a.m. |
| Defendant. | ) | Time Concluded: 10:30 a.m. |
| | ) | Time in Court: 1 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Theresa Freeman

Defendant: Portia Hampton-Flowers, Frank Villaume

PROCEEDINGS:

☒ Settlement reached.

☐ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge