UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-1275 (MJD/JGL)

CLARDY

Plaintiff,

v. ORDER

CITY OF ST. PAUL, ET AL.

Defendants.

---

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for 6 months from the date of this order, to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 22, 2004

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge