UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Lawrence James Clardy,

Plaintiff,

vs.

City of St. Paul, a municipal corporation, Jonas Groberg, Jason Brubaker, and John Does Nos. 1 through 5,

Defendants.

Case No.: 01-CV-1275 (MJD/JGL)

**STIPULATION FOR DISMISSAL OF CLAIMS AGAINST THE CITY OF ST. PAUL, JONAS GROBERG, JASON BRUBAKER, AND JOHN DOES NOS. 1 THROUGH 5**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that all claims raised by Plaintiff against Defendants City of St. Paul, Jonas Groberg, Jason Brubaker and John Does Nos. 1 through 5 in the above-referenced action shall be, and are, dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party.

NEFF LAW FIRM, P.A.

Dated: December 31, 2004

s/Theresa A. Freeman
Theresa A. Freeman (#150848)
7400 Metro Blvd., Suite 390
Edina, MN 55439
(952) 831-6555
*Attorney for the Plaintiff*

Dated: December 30, 2004

MANUEL CERVANTES
Saint Paul City Attorney

By: s/Portia Hampton-Flowers
Portia Hampton-Flowers (#210869)
Assistant City Attorney
550 City Hall and Courthouse
15 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-8774
*Attorneys for Defendants*