**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2005, I caused the following documents:

1. Stipulation for Dismissal of Claims Against the City of St. Paul, Jonas Groberg, Jason Brubaker and John Does Nos. 1 Through 5; and
2. Certificate of Service of same.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Theresa Ann Freeman | theresafreeman_nefflawfirm@msn.com |
| Portia Hampton-Flowers | portia.flowers@ci.stpaul.mn.us |

Dated: January 19, 2005

s/Joan E. Richardson
Joan E. Richardson
Legal Secretary
City Attorney's Office
550 City Hall & Courthouse
15 W. Kellogg Blvd.
St. Paul, MN 55102
651-266-8779